# EXHIBIT A

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Rachel Ann Rouleau

was admitted to practice as an attorney and counsellor at the bar of this Court on October 25, 2023.

I further certify that so far as the records of this office are concerned, Rachel Ann Rouleau is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 3rd day of May
A.D. 2024

By: _____
Deputy Clerk

**RACHEL A. ROULEAU**
**BAR AND COURT ADMISSIONS**

| **STATE BARS** | **DATE ADMITTED** |
|---|---|
| State Bar of Massachusetts (No. 706225) | January 6, 2020 |
| State Bar of the District of Columbia (No. 90000659) | June 29, 2022 |
| State Bar of Virginia (No. 297783) | July 5, 2022 |

| **STATE COURTS** | **DATE ADMITTED** |
|---|---|
| Supreme Court of Massachusetts | January 6, 2020 |
| Supreme Court of Virginia | July 15, 2022 |

| **FEDERAL COURTS** | **DATE ADMITTED** |
|---|---|
| U.S. District Court for the Western District of Michigan | June 3, 2021 |
| U.S. District Court for the District of Colorado | September 8, 2023 |