# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# ST. LOUIS DIVISION

| | |
|---|---|
| THE STATE OF ARKANSAS; THE STATE OF MISSOURI; THE STATE OF IOWA; THE STATE OF NEBRASKA; THE STATE OF NORTH DAKOTA; THE STATE OF SOUTH DAKOTA; A.F., a minor, by Sara Ford, her mother,<br><br>　　　　　*Plaintiffs*,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education; CATHERINE E. LHAMON, in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education; RANDOLPH WILLS, in his official capacity as Deputy Assistant Secretary for Enforcement at the United States Department of Education,<br><br>　　　　　*Defendants*. | Case No.: 4:24-cv-636 |

## ENTRY OF APPEARANCE

Lincoln J. Korell, Assistant Solicitor General with the Office of the Nebraska Attorney General, hereby enters his appearance in the case as counsel for Plaintiff State of Nebraska.

2

        MICHAEL T. HILGERS
            Attorney General

/s/ Lincoln J. Korell
Lincoln J. Korell - #26951(NE)
*Assistant Solicitor General*

Office of the Attorney General of Nebraska
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
lincoln.korell@nebraska.gov

*Counsel for State of Nebraska*