# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## ST. LOUIS DIVISION

| | |
|---|---|
| THE STATE OF ARKANSAS; THE STATE OF MISSOURI; THE STATE OF IOWA; THE STATE OF NEBRASKA; THE STATE OF NORTH DAKOTA; THE STATE OF SOUTH DAKOTA; A.F., a minor, by Sara Ford, her mother,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education; CATHERINE E. LHAMON, in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education; RANDOLPH WILLS, in his official capacity as Deputy Assistant Secretary for Enforcement at the United States Department of Education,<br><br>*Defendants*. | Case No.: 4:24-cv-636 |

## MOTION FOR A 5 U.S.C. 705 STAY AND PRELIMINARY INJUNCTION

Under 5 U.S.C. 705, Plaintiffs move for a stay of the Final Rule titled "Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance." *See* 89 Fed. Reg. 33,474.  In the alternative, Plaintiffs move for a preliminary injunction under Fed. R. Civ. P. 65 to enjoin Defendants from implementing or enforcing that rule.  The Final Rule is scheduled for full implementation on August 1, 2024.  In support of this motion, Plaintiffs rely on the arguments in the accompanying brief.

Dated:  May 21, 2024                                          Respectfully submitted,

| | |
|---|---|
| TIM GRIFFIN<br>Arkansas Attorney General | ANDREW BAILEY<br>Missouri Attorney General |
| */s/ Nicholas J. Bronni*<br>Nicholas J. Bronni<br>  Solicitor General<br>Dylan L. Jacobs<br>  Deputy Solicitor General<br>Office of the Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR  72201<br>Telephone: (501) 682-2007<br>Fax: (501) 683-2520<br>nicholas.bronni@arkansasag.gov<br>dylan.jacobs@arkansasag.gov<br><br>*Counsel for Plaintiff State of Arkansas* | */s/ Joshua M. Divine*<br>Joshua M. Divine<br>  Solicitor General<br>Missouri Attorney General's Office<br>Post Office Box 899<br>Jefferson City, MO 65102<br>Tel. (573) 751-1800<br>Fax. (573) 751-0774<br>josh.divine@ago.mo.gov<br><br>*Counsel for Plaintiff State of Missouri* |

BRENNA BIRD
Iowa Attorney General

/s/ Eric H. Wessan
Eric H. Wessan
Solicitor General
Office of the Iowa Attorney General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
eric.wessan@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

MICHAEL T. HILGERS
Nebraska Attorney General

/s/ Lincoln J. Korell
Lincoln J. Korell
Assistant Solicitor General
Office of the Nebraska
Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
lincoln.korell@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

DREW H. WRIGLEY
North Dakota Attorney General

/s/ *Katie L. Carpenter*
*Katie L. Carpenter
*Deputy Solicitor General*
North Dakota Office of the Attorney General
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Telephone: (701) 328-2210
Email: katcarpenter@nd.gov

*Application *for admission pending*

*Counsel for Plaintiff State of North Dakota*

MARTY J. JACKLEY
South Dakota Attorney General

/s/ Charles D. McGuigan
Charles D. McGuigan
Deputy Attorney General
Office of the Attorney General
1302 E. Hwy. 14, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Facsimile: (605) 773-4106
charles.mcguigan@state.sd.us

*Counsel for Plaintiff State of South Dakota*

<div style="display: flex;">

<div>

Jonathan A. Scruggs*
Arizona Bar No. 030505
Henry W. Frampton, IV*
South Carolina Bar No. 75314
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

Rachel A. Rouleau*
Virginia Bar No. 97783
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-2119
(571) 707-4790 Fax
rrouleau@ADFlegal.org

Natalie D. Thompson**
TX Bar No. 24088529
**Alliance Defending Freedom**
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
(202) 347-3622 Fax
nthompson@ADFlegal.org

</div>

<div>

*s/ Brad L. Blake*
Brad L. Blake
Missouri Bar No. 38340
Fellows & Blake, L.C.
13421 Manchester Road, Suite 105
St. Louis, MO 63131
(314) 725-1600
(314) 725-1609 Fax
bblake@fellowsblakelaw.com

</div>

</div>

*Counsel for Plaintiff A.F.*

*\*Admitted pro hac vice*

*\*\*Admitted pro hac vice, practice supervised by one or more D.C. Bar members while D.C. Bar application is pending.*