UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ARKANSAS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPT. OF EDUC., ) <br> et al., ) <br> ) <br> Defendants. ) | Case No. 4:24 CV 636 RWS |

## MEMORANDUM AND ORDER

The United States Supreme Court having issued its opinion in *Loper Bright Enterprises v. Raimondo*, -- S. Ct. --, 2024 WL 3208360 (U.S. June 28, 2024),

**IT IS HEREBY ORDERED** that the parties shall file supplemental briefs respecting the motion for preliminary injunction addressing the Supreme Court's decision and its impact, if any, upon the pending motion and underlying case by no later than **9:00 a.m. July 8, 2024**. The Court's page limitation requirements apply.

**IT IS FURTHER ORDERED** that the proposed orders required by the Court's June 21, 2024 Memorandum and Order shall include appropriate citation to, and application of, the Supreme Court decision.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 1st day of July, 2024.