UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| THE STATE OF ARKANSAS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:24 CV 636 RWS |
| | ) | |
| UNITED STATES DEPT. OF EDUC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that, in addition to the matters previously

required by the Court's July 1, 2024 Memorandum and Order (ECF 36), the parties

shall also address in their supplemental briefs the impact, if any, of the preliminary

injunction issued by the District of Kansas in *State of Kansas, et al., v. United*

*States Dept. of Educ.*, et al, 2024 WL 3273285 (D. Kan. July 2, 2024), upon the

motion and underlying case pending in this Court.  In particular, defendants shall

address the district court's statement that it "leaves it to defendants to determine in

the first instance whether continued enforcement in compliance with this decision

is worth the effort," ECF 37-1 at 44, and indicate whether defendants intend to

continue enforcement of the Final Rule as relevant to the instant case, or whether

they intend to stay enforcement pending resolution of the underlying issues before

this, and other, Courts.  The briefs remain due by no later than **9:00 a.m. July 8,**

**2024**, but the parties are granted leave to file briefs up to 20 pages in length.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of July, 2024.

2