IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF ARKANSAS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, *in his official capacity as Secretary of Education*, et al.,<br><br>*Defendants*. | No. 4:24-cv-636-RWS |

**[PROPOSED] ORDER**

Defendants' Motion To Stay Answer Deadline Pending Decision on Plaintiffs' Motion for Preliminary Relief (ECF No. __) is GRANTED. The deadline for Defendants to answer or otherwise respond to the complaint is STAYED until 21 days after the Court issues its decision on Plaintiffs' pending Motion for 5 U.S.C. 705 Stay and Preliminary Injunction.

It is so ordered.

Dated: _____, 2024

_____
Rodney W. Sippel
United States District Judge

1