# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# ST. LOUIS DIVISION

| | |
|---|---|
| THE STATE OF ARKANSAS; THE STATE OF MISSOURI; THE STATE OF IOWA; THE STATE OF NEBRASKA; THE STATE OF NORTH DAKOTA; THE STATE OF SOUTH DAKOTA; A.F., a minor, by Sara Ford, her mother,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education; CATHERINE E. LHAMON, in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education; RANDOLPH WILLS, in his official capacity as Deputy Assistant Secretary for Enforcement at the United States Department of Education,<br><br>*Defendants*. | Case No.: 4:24-cv-636 |

## NOTICE OF ORDERS IN SIMILAR CASES

In accordance with the Court's June 21, 2024 order (Doc. 19) concerning similar cases, Plaintiffs submit two court of appeals opinions issued today denying the federal government's motions to partially stay district court orders enjoining the Final Rule from taking effect.

First, attached as Exhibit A, is the United States Court of Appeals for the Sixth Circuit's opinion in *Tennessee v. Cardona*, No. 24-5588 (Jul. 17, 2024). That opinion denied the government's motion to partially stay the *Tennessee* district court's order preliminarily enjoining the Final Rule. While the panel there split over the appropriate scope of relief, "[a]ll three members of the panel, it bears emphasis, agree[d]" that the Final Rule's definition of sex

discrimination exceeded the Department's authority and that "these central provisions of the Rule should not be allowed to go into effect on August l." Ex. A at 5.

Second, attached as Exhibit B, is the United States Court of Appeals for the Fifth Circuit's opinion in *Louisiana v. Department of Education*, No. 24-30399 (Jul. 17, 2024). That opinion denied the government's motion to partially stay the *Louisiana* district court's preliminary injunction because, among other things, the Department did not face any irreparable harm from its inability to enforce a rule that "makes major changes in the scope of coverage of Title IX." Ex. B at 4.

This Court should join every court to have considered the Final Rule and likewise block it from taking effect.

Dated: July 17, 2024                                              Respectfully submitted,

| | |
|---|---|
| TIM GRIFFIN<br>Arkansas Attorney General | ANDREW BAILEY<br>Missouri Attorney General |
| */s/ Nicholas J. Bronni*<br>Nicholas J. Bronni<br> Solicitor General<br>Dylan L. Jacobs<br> Deputy Solicitor General<br>Office of the Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201<br>Telephone: (501) 682-2007<br>Fax: (501) 683-2520<br>nicholas.bronni@arkansasag.gov<br>dylan.jacobs@arkansasag.gov<br><br>*Counsel for Plaintiff State of Arkansas* | */s/ Joshua M. Divine*<br>Joshua M. Divine<br> Solicitor General<br>Missouri Attorney General's Office<br>Post Office Box 899<br>Jefferson City, MO 65102<br>Tel. (573) 751-1800<br>Fax. (573) 751-0774<br>josh.divine@ago.mo.gov<br><br>*Counsel for Plaintiff State of Missouri* |

2

BRENNA BIRD
Iowa Attorney General

/s/ Eric H. Wessan
Eric H. Wessan
Solicitor General
Office of the Iowa Attorney General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
eric.wessan@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

MICHAEL T. HILGERS
Nebraska Attorney General

/s/ Lincoln J. Korell
Lincoln J. Korell
Assistant Solicitor General
Office of the Nebraska
Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
lincoln.korell@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

DREW H. WRIGLEY
North Dakota Attorney General

/s/ Philip J. Axt
Philip J. Axt
*Solicitor General*
North Dakota Office of the Attorney General
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Telephone: (701) 328-3625
Email: pjaxt@nd.gov

*Counsel for Plaintiff State of North Dakota*

MARTY J. JACKLEY
South Dakota Attorney General

/s/ Charles D. McGuigan
Charles D. McGuigan
Deputy Attorney General
Office of the Attorney General
1302 E. Hwy. 14, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Facsimile: (605) 773-4106
charles.mcguigan@state.sd.us

*Counsel for Plaintiff State of South Dakota*

3

| | |
|---|---|
| Jonathan A. Scruggs* | *s/ Brad L. Blake* |
| Arizona Bar No. 030505 | Brad L. Blake |
| Henry W. Frampton, IV* | Missouri Bar No. 38340 |
| South Carolina Bar No. 75314 | Fellows & Blake, L.C. |
| **Alliance Defending Freedom** | 13421 Manchester Road, Suite 105 |
| 15100 N. 90th Street | St. Louis, MO 63131 |
| Scottsdale, Arizona 85260 | (314) 725-1600 |
| (480) 444-0020 | (314) 725-1609 Fax |
| (480) 444-0028 Fax | bblake@fellowsblakelaw.com |
| jscruggs@ADFlegal.org | |
| hframpton@ADFlegal.org | |

Rachel A. Rouleau*
Virginia Bar No. 97783
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-2119
(571) 707-4790 Fax
rrouleau@ADFlegal.org

Natalie D. Thompson**
TX Bar No. 24088529
**Alliance Defending Freedom**
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
(202) 347-3622 Fax
nthompson@ADFlegal.org

*Counsel for Plaintiff A.F.*

*Admitted pro hac vice

**Admitted pro hac vice, practice supervised by one or more D.C. Bar members while D.C. Bar application is pending.