# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# ST. LOUIS DIVISION

| | |
|---|---|
| THE STATE OF ARKANSAS; THE STATE OF MISSOURI; THE STATE OF IOWA; THE STATE OF NEBRASKA; THE STATE OF NORTH DAKOTA; THE STATE OF SOUTH DAKOTA; A.F., a minor, by Sara Ford, her mother,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education; CATHERINE E. LHAMON, in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education; RANDOLPH WILLS, in his official capacity as Deputy Assistant Secretary for Enforcement at the United States Department of Education,<br><br>*Defendants*. | Case No.: 4:24-cv-636 |

## NOTICE OF ORDER IN SIMILAR CASE

In accordance with the Court's request (Order, Doc. 19, June 21, 2024), Plaintiffs submit the attached order similar to this case, regarding a challenge to the Final Rule.

- Exhibit 1 – Memorandum Order, *Kansas v. US Dept. of Educ.*, No. 5:24-cv-04041-JWB-ADM (D. Kansas July 19, 2024).

1

Dated: July 21, 2024                                                    Respectfully submitted,

| | |
|---|---|
| TIM GRIFFIN<br>Arkansas Attorney General | ANDREW BAILEY<br>Missouri Attorney General |
| */s/ Dylan L. Jacobs*<br>Nicholas J. Bronni<br> Solicitor General<br>Dylan L. Jacobs<br> Deputy Solicitor General<br>Office of the Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR  72201<br>Telephone: (501) 682-2007<br>Fax: (501) 683-2520<br>nicholas.bronni@arkansasag.gov<br>dylan.jacobs@arkansasag.gov<br><br>*Counsel for Plaintiff State of Arkansas* | */s/ Joshua M. Divine*<br>Joshua M. Divine<br> Solicitor General<br>Missouri Attorney General's Office<br>Post Office Box 899<br>Jefferson City, MO 65102<br>Tel. (573) 751-1800<br>Fax. (573) 751-0774<br>josh.divine@ago.mo.gov<br><br>*Counsel for Plaintiff State of Missouri* |

| | |
|---|---|
| BRENNA BIRD<br>Iowa Attorney General<br><br>/s/ *Eric H. Wessan*<br>Eric H. Wessan<br>Solicitor General<br>Office of the Iowa Attorney General<br>1305 E. Walnut Street<br>Des Moines, Iowa 50319<br>(515) 281-5164<br>eric.wessan@ag.iowa.gov<br><br>*Counsel for Plaintiff State of Iowa* | MICHAEL T. HILGERS<br>Nebraska Attorney General<br><br>/s/ *Lincoln J. Korell*<br>Lincoln J. Korell<br>Assistant Solicitor General<br>Office of the Nebraska<br>Attorney General<br>2115 State Capitol<br>Lincoln, NE 68509<br>(402) 471-2682<br>lincoln.korell@nebraska.gov<br><br>*Counsel for Plaintiff State of Nebraska* |
| DREW H. WRIGLEY<br>North Dakota Attorney General<br><br>/s/ *Katie L. Carpenter*<br>Katie L. Carpenter<br>*Deputy Solicitor General*<br>North Dakota Office of the Attorney General<br>600 E. Boulevard Ave., Dept. 125<br>Bismarck, ND 58505<br>Telephone: (701) 328-2210<br>Email: katcarpenter@nd.gov<br><br>*Counsel for Plaintiff State of North Dakota* | MARTY J. JACKLEY<br>South Dakota Attorney General<br><br>/s/ *Charles D. McGuigan*<br>Charles D. McGuigan<br>Deputy Attorney General<br>Office of the Attorney General<br>1302 E. Hwy. 14, Suite 1<br>Pierre, SD 57501-8501<br>Telephone: (605) 773-3215<br>Facsimile: (605) 773-4106<br>charles.mcguigan@state.sd.us<br><br>*Counsel for Plaintiff State of South Dakota* |

Jonathan A. Scruggs\*
Arizona Bar No. 030505
Henry W. Frampton, IV\*
South Carolina Bar No. 75314
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

Rachel A. Rouleau\*
Virginia Bar No. 97783
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-2119
(571) 707-4790 Fax
rrouleau@ADFlegal.org

Natalie D. Thompson\*\*
TX Bar No. 24088529
**Alliance Defending Freedom**
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
(202) 347-3622 Fax
nthompson@ADFlegal.org

*s/ Brad L. Blake*
Brad L. Blake
Missouri Bar No. 38340
Fellows & Blake, L.C.
13421 Manchester Road, Suite 105
St. Louis, MO 63131
(314) 725-1600
(314) 725-1609 Fax
bblake@fellowsblakelaw.com

*Counsel for Plaintiff A.F.*

\**Admitted pro hac vice*

\*\**Admitted pro hac vice, practice supervised by one or more D.C. Bar members while D.C. Bar application is pending.*

4