UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ARKANSAS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:24 CV 636 RWS |
| ) | |
| UNITED STATES DEPT. OF EDUC., ) et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF PRELIMINARY INJUNCTION

In accordance with the Memorandum and Order issued this same date,

**IT IS HEREBY ORDERED** that defendants United States Department of Education, Miguel Cardona, Catherine Lhamon, and Randolph Willis, and all their respective officers, agents, employees, attorneys, and persons acting in concert or participation with them, are **ENJOINED** from implementing, enacting, enforcing, or taking any action in any manner to enforce the Final Rule promulgated by the Department of Education titled "Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance" and published in the Federal Register at 89 Fed. Reg. 33,474, set to become effective on August 1, 2024, against plaintiffs Arkansas, Missouri, Iowa, Nebraska, North Dakota, South Dakota and A.F.

**IT IS FURTHER ORDERED** that the court waives the security requirement of Federal Rule of Civil Procedure 65(c).

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 24th day of July, 2024.