# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF ARKANSAS, et al., *Plaintiffs*, v. MIGUEL CARDONA, *in his official capacity as Secretary of Education*, et al., *Defendants*. | No. 2:24-cv-636-RWS |

## JOINT MOTION TO HOLD DEFENDANTS' RESPONSIVE PLEADING DEADLINE IN ABEYANCE AND TO ENTER A SCHEDULE

Now that the Court has issued a Judgment and Preliminary Injunction in this matter, ECF No. 54, the parties respectfully move the Court to enter a schedule for district court proceedings. Counsel for the parties have conferred and jointly propose the following schedule:

1. In order to promote efficiency, Defendants need not file an answer or other response to the complaint prior to summary judgment briefing. Accordingly, the deadline for Defendants' responsive pleading, which is currently due August 14, 2024, *see* ECF No. 51, shall be held in abeyance.

2. The Department of Education will produce the administrative record to Plaintiffs by September 20, 2024.

3. No more than 21 days after the Department of Education produces the administrative record, the parties will file a joint status report proposing a briefing schedule for cross-motions for summary judgment.

| | |
|---|---|
| Dated: August 7, 2024 | Respectfully submitted, |
| TIM GRIFFIN<br>Arkansas Attorney General | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| */s/ Nicholas J. Bronni*<br>Nicholas J. Bronni<br>  Solicitor General<br>Dylan L. Jacobs<br>  Deputy Solicitor General<br>Office of the Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR  72201<br>Telephone: (501) 682-2007<br>Fax: (501) 683-2520<br>nicholas.bronni@arkansasag.gov<br>dylan.jacobs@arkansasag.gov<br><br>*Counsel for Plaintiff State of Arkansas* | EMILY B. NESTLER<br>Assistant Branch Director<br><br>/s/ *Hannah Solomon-Strauss*<br>ELIZABETH TULIS<br>REBECCA KOPPLIN<br>BENJAMIN TAKEMOTO<br>HANNAH SOLOMON-STRAUSS<br>PARDIS GHEIBI<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box No. 883, Ben Franklin Station<br>Washington, DC 20044<br>Phone: 202-616-8198<br>Fax: (202) 616-8470<br>E-mail: hannah.m.solomon-strauss@usdoj.gov<br><br>*Attorneys for Defendants* |
| ANDREW BAILEY<br>Missouri Attorney General<br><br>*/s/ Joshua M. Divine*<br>Joshua M. Divine<br>  Solicitor General<br>Missouri Attorney General's Office<br>Post Office Box 899<br>Jefferson City, MO 65102<br>Tel. (573) 751-1800<br>Fax. (573) 751-0774<br>josh.divine@ago.mo.gov<br><br>*Counsel for Plaintiff State of Missouri*<br><br>*(signature block continues below)* | |

BRENNA BIRD
Iowa Attorney General

/s/ *Eric H. Wessan*
Eric H. Wessan
Solicitor General
Office of the Iowa Attorney General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
eric.wessan@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

MICHAEL T. HILGERS
Nebraska Attorney General

/s/ *Lincoln J. Korell*
Lincoln J. Korell
Assistant Solicitor General
Office of the Nebraska
Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
lincoln.korell@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

DREW H. WRIGLEY
North Dakota Attorney General

/s/ *Katie L. Carpenter*
Katie L. Carpenter
*Deputy Solicitor General*
North Dakota Office of the Attorney General
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Telephone: (701) 328-2210
Email: katcarpenter@nd.gov

*Counsel for Plaintiff State of North Dakota*

MARTY J. JACKLEY
South Dakota Attorney General

/s/ *Charles D. McGuigan*
Charles D. McGuigan
Deputy Attorney General
Office of the Attorney General
1302 E. Hwy. 14, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Facsimile: (605) 773-4106
charles.mcguigan@state.sd.us

*Counsel for Plaintiff State of South Dakota*

3

| | |
|---|---|
| Jonathan A. Scruggs* <br> Arizona Bar No. 030505 <br> Henry W. Frampton, IV* <br> South Carolina Bar No. 75314 <br> **Alliance Defending Freedom** <br> 15100 N. 90th Street <br> Scottsdale, Arizona 85260 <br> (480) 444-0020 <br> (480) 444-0028 Fax <br> jscruggs@ADFlegal.org <br> hframpton@ADFlegal.org <br><br> Rachel A. Rouleau* <br> Virginia Bar No. 97783 <br> **Alliance Defending Freedom** <br> 44180 Riverside Parkway <br> Lansdowne, Virginia 20176 <br> (571) 707-2119 <br> (571) 707-4790 Fax <br> rrouleau@ADFlegal.org <br><br> Natalie D. Thompson** <br> TX Bar No. 24088529 <br> **Alliance Defending Freedom** <br> 440 First Street NW, Suite 600 <br> Washington, DC 20001 <br> (202) 393-8690 <br> (202) 347-3622 Fax <br> nthompson@ADFlegal.org | *s/ Brad L. Blake* <br> Brad L. Blake <br> Missouri Bar No. 38340 <br> Fellows & Blake, L.C. <br> 13421 Manchester Road, Suite 105 <br> St. Louis, MO 63131 <br> (314) 725-1600 <br> (314) 725-1609 Fax <br> bblake@fellowsblakelaw.com |

*Counsel for Plaintiff A.F.*

*Admitted pro hac vice

**Admitted pro hac vice, practice supervised by one or more D.C. Bar members while D.C. Bar application is pending.

4