# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### ST. LOUIS DIVISION

| | |
|---|---|
| THE STATE OF ARKANSAS; THE STATE OF MISSOURI; THE STATE OF IOWA; THE STATE OF NEBRASKA; THE STATE OF NORTH DAKOTA; THE STATE OF SOUTH DAKOTA; A.F., a minor, by Sara Ford, her mother,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education; CATHERINE E. LHAMON, in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education; RANDOLPH WILLS, in his official capacity as Deputy Assistant Secretary for Enforcement at the United States Department of Education,<br><br>*Defendants*. | Case No.: 4:24-cv-636 |

## NOTICE OF ORDER IN SIMILAR CASES

In accordance with the court's request (Order, Doc. 19, June 21, 2024), Plaintiffs submit an additional order similar to this case, regarding challenges to the Final Rule.

- Exhibit A – Per Curiam Opinion denying applications for partial stays, *Department of Education v. Louisiana*, No. 24A78; *Cardona v. Tennessee*, No. 24A79 (U.S. Aug. 16, 2024)

Dated:  August 19, 2024                                              Respectfully submitted,

| | |
|---|---|
| TIM GRIFFIN<br>Arkansas Attorney General<br><br>*/s/ Dylan L. Jacobs*<br>Nicholas J. Bronni<br> Solicitor General<br>Dylan L. Jacobs<br> Deputy Solicitor General<br>Office of the Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR  72201<br>Telephone: (501) 682-2007<br>Fax: (501) 683-2520<br>nicholas.bronni@arkansasag.gov<br>dylan.jacobs@arkansasag.gov<br><br>*Counsel for Plaintiff State of Arkansas* | ANDREW BAILEY<br>Missouri Attorney General<br><br>*/s/ Joshua M. Divine*<br>Joshua M. Divine<br> Solicitor General<br>Missouri Attorney General's Office<br>Post Office Box 899<br>Jefferson City, MO 65102<br>Tel. (573) 751-1800<br>Fax. (573) 751-0774<br>josh.divine@ago.mo.gov<br><br>*Counsel for Plaintiff State of Missouri* |
| BRENNA BIRD<br>Iowa Attorney General<br><br>*/s/ Eric H. Wessan*<br>Eric H. Wessan<br>Solicitor General<br>Office of the Iowa Attorney General<br>1305 E. Walnut Street<br>Des Moines, Iowa 50319<br>(515) 281-5164<br>eric.wessan@ag.iowa.gov<br><br>*Counsel for Plaintiff State of Iowa* | MICHAEL T. HILGERS<br>Nebraska Attorney General<br><br>*/s/ Lincoln J. Korell*<br>Lincoln J. Korell<br>Assistant Solicitor General<br>Office of the Nebraska<br>Attorney General<br>2115 State Capitol<br>Lincoln, NE 68509<br>(402) 471-2682<br>lincoln.korell@nebraska.gov<br><br>*Counsel for Plaintiff State of Nebraska* |

| | |
|---|---|
| DREW H. WRIGLEY<br>North Dakota Attorney General | MARTY J. JACKLEY<br>South Dakota Attorney General |
| /s/ *Philip J. Axt*<br>Philip J. Axt<br>*Solicitor General*<br>North Dakota Office of the Attorney General<br>600 E. Boulevard Ave., Dept. 125<br>Bismarck, ND 58505<br>Telephone: (701) 328-3625<br>Email: pjaxt@nd.gov | /s/ *Charles D. McGuigan*<br>Charles D. McGuigan<br>Deputy Attorney General<br>Office of the Attorney General<br>1302 E. Hwy. 14, Suite 1<br>Pierre, SD 57501-8501<br>Telephone: (605) 773-3215<br>Facsimile: (605) 773-4106<br>charles.mcguigan@state.sd.us |
| *Counsel for Plaintiff State of North Dakota* | *Counsel for Plaintiff State of South Dakota* |
| Jonathan A. Scruggs*<br>Arizona Bar No. 030505<br>Henry W. Frampton, IV*<br>South Carolina Bar No. 75314<br>**Alliance Defending Freedom**<br>15100 N. 90th Street<br>Scottsdale, Arizona 85260<br>(480) 444-0020<br>(480) 444-0028 Fax<br>jscruggs@ADFlegal.org<br>hframpton@ADFlegal.org<br><br>Rachel A. Rouleau*<br>Virginia Bar No. 97783<br>**Alliance Defending Freedom**<br>44180 Riverside Parkway<br>Lansdowne, Virginia 20176<br>(571) 707-2119<br>(571) 707-4790 Fax<br>rrouleau@ADFlegal.org | s/ *Brad L. Blake*<br>Brad L. Blake<br>Missouri Bar No. 38340<br>Fellows & Blake, L.C.<br>13421 Manchester Road, Suite 105<br>St. Louis, MO 63131<br>(314) 725-1600<br>(314) 725-1609 Fax<br>bblake@fellowsblakelaw.com |

3

Natalie D. Thompson**
TX Bar No. 24088529
**Alliance Defending Freedom**
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
(202) 347-3622 Fax
nthompson@ADFlegal.org

*Counsel for Plaintiff A.F.*

*Admitted pro hac vice*

**Admitted pro hac vice, practice supervised by one or more D.C. Bar members while D.C. Bar application is pending.*