IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF ARKANSAS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> MIGUEL CARDONA, *in his official capacity as Secretary of Education*, et al., <br><br> *Defendants*. | No. 4:24-cv-636-RWS |

## NOTICE OF APPEAL

NOTICE is hereby given that defendants Miguel Cardona, in his official capacity as Secretary of Education; United States Department of Education; Catherine Lhamon, in her official capacity as Assistant Secretary for Civil Rights, Department of Education; and Randolph Wills, in his official capacity as Deputy Assistant Secretary for Enforcement, Department of Education appeal to the United States Court of Appeals for the Eighth Circuit from the Court's Memorandum and Order (ECF No. 54) and Order of Preliminary Injunction (ECF No. 55) entered on July 24, 2024.

Dated: September 20, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*/s/ Clayton L. Bailey*
CLAYTON L. BAILEY
ELIZABETH TULIS
REBECCA KOPPLIN
BENJAMIN TAKEMOTO

1

PARDIS GHEIBI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 598-1226
Fax: (202) 616-8470
E-mail: clayton.l.bailey@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 20, 2024, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.

*/s/ Clayton L. Bailey*
