US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** State of Arkansas et al v. United States Department of Education et al

**USCA#:**

**Case Number:** 4:24-CV-00636-RWS

**Plaintiff:** THE STATE OF ARKANSAS, et al.

**Defendant:** UNITED STATES DEPARTMENT OF EDUCATION, MIGUEL CARDONA, CATHERINE E. LHAMON, RANDOLPH WILLS

**Attorney:** See Docket Sheet

**Attorney:** See Docket Sheet

**Court Reporter(s):** None

Please return files and documents to: Clerk for Eastern District of Missouri

Person to contact about the appeal: J Horton at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | None Paid | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | No | No | No |

**Criminal Cases/Prisoner Pro Se Cases Only:**

Is defendant incarcerated?: No   Where:

**Please list all other defendants in this case if there were multiple defendants:**