IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

STATE OF ARKANSAS, et al.,

    *Plaintiffs*,

v.

MIGUEL CARDONA, *in his official capacity as Secretary of Education*, et al.,

    *Defendants*.

No. 4:24-cv-636-RWS

## JOINT MOTION TO STAY PROCEEDINGS PENDING APPEAL

The parties jointly and respectfully request a stay of all district court deadlines and proceedings in this case until 30 days after the mandate returns to this court from the ongoing appeal at the Eighth Circuit of the order partially granting preliminary relief in this case.

This case involves a challenge to the Department of Education's Final Rule implementing Title IX, *Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Financial Assistance*, 89 Fed. Reg. 33,474 (Apr. 29, 2024). This Court granted in part Plaintiffs' request for a preliminary injunction. ECF No. 54. Defendants appealed that decision to the Eighth Circuit. *See Arkansas v. Cardona*, 24-2921 (8th Cir.) (appeal noticed September 20, 2024). At the request of the parties, the Court entered an order that the parties file a joint status report with a proposed briefing schedule for cross-motions for summary judgment 21 days after the September 20, 2024, production of the administrative record—so, October 11, 2024. ECF No. 59.

In light of that deadline to propose further proceedings and the appeal, the parties have conferred about potential next steps in this case and respectfully request that the Court stay further district court proceedings until Defendants' appeal is resolved.

Good cause exists for a stay. "[T]he power to stay proceedings is incidental to the power

1

inherent in every court to control the disposition of the causes on its docket[.]" *Cottrell v. Duke*, 737 F.3d 1238, 1248 (8th Cir. 2013) (quoting *Landis v. N. Am. Water Works & Elec. Co.*, 299 U.S. 248, 254 (1936)). This includes "broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "How this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance." *Landis*, 299 U.S. at 254-55. A stay must be "so framed in its inception that its force will be spent within reasonable limits, so far at least as they are susceptible of prevision and description." *Id.* at 257.

As a general matter, the Eighth Circuit's resolution of Defendants' appeal may have a "substantial effect" on the claims here, which is a "good" reason, "if not an excellent one," for staying further district court proceedings in the interim. *Miccosukee Tribe of Indians of Fla. v. S. Fla. Water Mgmt. Dist.*, 559 F.3d 1191, 1198 (11th Cir. 2009). Pressing on with such proceedings would therefore be an inefficient use of the parties' and the Court's time and resources. *See Perrin v. Papa Johns Int'l, Inc.*, 2014 WL 306250, at *3 (E.D. Mo. Jan. 28, 2014) (granting a stay in part due to potential investment of judicial resources). Moreover, a stay of district court proceedings would not prejudice any party.

Accordingly, for the foregoing reasons, the parties respectfully request that the Court stay further district court proceedings in this case until thirty days after the mandate from the current appeal is returned to this Court from the Eighth Circuit. The parties additionally propose that they file a joint status report addressing further proceedings at that time.

2

Dated: October 11, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*/s/ Clayton L. Bailey*
CLAYTON L. BAILEY
ELIZABETH TULIS
REBECCA KOPPLIN
BENJAMIN TAKEMOTO
PARDIS GHEIBI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 598-1226
Fax: (202) 616-8470
E-mail: clayton.l.bailey@usdoj.gov

*Counsel for Defendants*

<table>
<tr><td>

TIM GRIFFIN  
Arkansas Attorney General

*/s/ Dylan L. Jacobs*  
Nicholas J. Bronni  
 Solicitor General  
Dylan L. Jacobs  
 Deputy Solicitor General  
Office of the Arkansas Attorney General  
323 Center Street, Suite 200  
Little Rock, AR  72201  
Telephone: (501) 682-2007  
Fax: (501) 683-2520  
nicholas.bronni@arkansasag.gov  
dylan.jacobs@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

</td><td>

ANDREW BAILEY  
Missouri Attorney General

*/s/ Joshua M. Divine*  
Joshua M. Divine  
 Solicitor General  
Missouri Attorney General's Office  
Post Office Box 899  
Jefferson City, MO 65102  
Tel. (573) 751-1800  
Fax. (573) 751-0774  
josh.divine@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

</td></tr>
<tr><td>

BRENNA BIRD  
Iowa Attorney General

*/s/ Eric H. Wessan*  
Eric H. Wessan  
Solicitor General  
Office of the Iowa Attorney General  
1305 E. Walnut Street  
Des Moines, Iowa 50319  
(515) 281-5164  
eric.wessan@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

</td><td>

MICHAEL T. HILGERS  
Nebraska Attorney General

*/s/ Lincoln J. Korell*  
Lincoln J. Korell  
Assistant Solicitor General  
Office of the Nebraska  
Attorney General  
2115 State Capitol  
Lincoln, NE 68509  
(402) 471-2682  
lincoln.korell@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

</td></tr>
</table>

| | |
|---|---|
| DREW H. WRIGLEY<br>North Dakota Attorney General | MARTY J. JACKLEY<br>South Dakota Attorney General |
| /s/ *Katie L. Carpenter*<br>Katie L. Carpenter<br>*Deputy Solicitor General*<br>North Dakota Office of the Attorney General<br>600 E. Boulevard Ave., Dept. 125<br>Bismarck, ND 58505<br>Telephone: (701) 328-2210<br>Email: katcarpenter@nd.gov | /s/ *Charles D. McGuigan*<br>Charles D. McGuigan<br>Deputy Attorney General<br>Office of the Attorney General<br>1302 E. Hwy. 14, Suite 1<br>Pierre, SD 57501-8501<br>Telephone: (605) 773-3215<br>Facsimile: (605) 773-4106<br>charles.mcguigan@state.sd.us |
| *Counsel for Plaintiff State of North Dakota* | *Counsel for Plaintiff State of South Dakota* |

| | |
|---|---|
| Jonathan A. Scruggs*<br>Arizona Bar No. 030505<br>Henry W. Frampton, IV*<br>South Carolina Bar No. 75314<br>**Alliance Defending Freedom**<br>15100 N. 90th Street<br>Scottsdale, Arizona 85260<br>(480) 444-0020<br>(480) 444-0028 Fax<br>jscruggs@ADFlegal.org<br>hframpton@ADFlegal.org<br><br>Rachel A. Rouleau*<br>Virginia Bar No. 97783<br>**Alliance Defending Freedom**<br>44180 Riverside Parkway<br>Lansdowne, Virginia 20176<br>(571) 707-2119<br>(571) 707-4790 Fax<br>rrouleau@ADFlegal.org | s/ *Brad L. Blake*<br>Brad L. Blake<br>Missouri Bar No. 38340<br>Fellows & Blake, L.C.<br>13421 Manchester Road, Suite 105<br>St. Louis, MO 63131<br>(314) 725-1600<br>(314) 725-1609 Fax<br>bblake@fellowsblakelaw.com |

Natalie D. Thompson**
TX Bar No. 24088529
**Alliance Defending Freedom**
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
(202) 347-3622 Fax
nthompson@ADFlegal.org

*Counsel for Plaintiff A.F.*

*Admitted pro hac vice*

**Admitted pro hac vice, practice supervised by one or more D.C. Bar members while D.C. Bar application is pending.*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 11, 2024, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.

<em><u>/s/ Clayton L. Bailey</u></em>