**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

STATE OF ARKANSAS, et al.,

*Plaintiffs*,

v.

MIGUEL CARDONA, *in his official capacity as Secretary of Education*, et al.,

*Defendants*.

No. 4:24-cv-636-RWS

## JOINT STATUS REPORT

Pursuant to the Court's order of August 12, 2024, ECF No. 59, the parties submit the following:

1. The administrative record was produced to Plaintiffs on September 20, 2024.
2. Proceedings relating to the Court's order granting in part a preliminary injunction, ECF No. 54, remain pending before the Eighth Circuit. *See Arkansas v. Cardona*, 24-2921 (8th Cir.) (appeal noticed September 20, 2024).
3. As reflected in the parties' separate motion, the parties believe that staying district court proceedings pending the resolution of the Eighth Circuit proceedings would conserve the resources of the parties and the Court, and the parties request in that motion that the Court stay district court proceedings until thirty days after the mandate from the pending appeal is returned to this court from the Eighth Circuit. The parties additionally propose that they file a joint status report addressing further proceedings at that time.

Dated: October 11, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*/s/ Clayton L. Bailey*

CLAYTON L. BAILEY
ELIZABETH TULIS
REBECCA KOPPLIN
BENJAMIN TAKEMOTO
PARDIS GHEIBI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 598-1226
Fax: (202) 616-8470
E-mail: clayton.l.bailey@usdoj.gov

*Counsel for Defendants*

TIM GRIFFIN
Arkansas Attorney General

/s/ Dylan L. Jacobs
Nicholas J. Bronni
Solicitor General
Dylan L. Jacobs
Deputy Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Telephone: (501) 682-2007
Fax: (501) 683-2520
nicholas.bronni@arkansasag.gov
dylan.jacobs@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

ANDREW BAILEY
Missouri Attorney General

/s/ Joshua M. Divine
Joshua M. Divine
Solicitor General
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel. (573) 751-1800
Fax. (573) 751-0774
josh.divine@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

BRENNA BIRD
Iowa Attorney General

/s/ Eric H. Wessan
Eric H. Wessan
Solicitor General
Office of the Iowa Attorney General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
eric.wessan@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

MICHAEL T. HILGERS
Nebraska Attorney General

/s/ Lincoln J. Korell
Lincoln J. Korell
Assistant Solicitor General
Office of the Nebraska
Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
lincoln.korell@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

DREW H. WRIGLEY
North Dakota Attorney General

/s/ *Katie L. Carpenter*
Katie L. Carpenter
*Deputy Solicitor General*
North Dakota Office of the Attorney General
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Telephone: (701) 328-2210
Email: katcarpenter@nd.gov

*Counsel for Plaintiff State of North Dakota*

MARTY J. JACKLEY
South Dakota Attorney General

*/s/ Charles D. McGuigan*
Charles D. McGuigan
Deputy Attorney General
Office of the Attorney General
1302 E. Hwy. 14, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Facsimile: (605) 773-4106
charles.mcguigan@state.sd.us

*Counsel for Plaintiff State of South Dakota*

Jonathan A. Scruggs*
Arizona Bar No. 030505
Henry W. Frampton, IV*
South Carolina Bar No. 75314
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

Rachel A. Rouleau*
Virginia Bar No. 97783
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-2119
(571) 707-4790 Fax
rrouleau@ADFlegal.org

*s/ Brad L. Blake*
Brad L. Blake
Missouri Bar No. 38340
Fellows & Blake, L.C.
13421 Manchester Road, Suite 105
St. Louis, MO 63131
(314) 725-1600
(314) 725-1609 Fax
bblake@fellowsblakelaw.com

Natalie D. Thompson**
TX Bar No. 24088529
**Alliance Defending Freedom**
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
(202) 347-3622 Fax
nthompson@ADFlegal.org

*Counsel for Plaintiff A.F.*

**Admitted pro hac vice*

***Admitted pro hac vice, practice supervised by one or more D.C. Bar members while D.C. Bar application is pending.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2024, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.

*/s/ Clayton L. Bailey*