UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ARKANSAS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:24 CV 636 RWS |
| UNITED STATES DEPT. OF EDUC., et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER OF STAY

For good cause shown in the joint motion to stay proceedings pending appeal,

**IT IS HEREBY ORDERED** that the joint motion to stay proceedings pending appeal [67] is granted, and **this case is stayed pending further Order of this Court.**

**IT IS FURTHER ORDERED** that the parties shall file a joint status report within 30 days of the Eighth Circuit Court of Appeals issuing its mandate in connection with the pending interlocutory appeal of the preliminary injunction issued in this case.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 15th day of October, 2024.