# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# ST. LOUIS DIVISION

| | |
|---|---|
| THE STATE OF ARKANSAS; THE STATE OF MISSOURI; THE STATE OF IOWA; THE STATE OF NEBRASKA; THE STATE OF OF NORTH DAKOTA; THE STATE OF SOUTH DAKOTA; A.F., a minor, by Sara Ford, her mother, | )<br>)<br>)<br>)<br>) Case No.: 4:24-CV-636<br>) |
| Plaintiff, | ) |
| v. | ) NOTICE OF SUBSTITUTION<br>) OF COUNSEL |
| UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his Official capacity as Secretary of the United States Department of Education; CATHERINE E. LHAMON, in her official Capacity as Assistant Secretary for Civil Rights at the United States Department of Education; RANDOLPH WILLS, in his official capacity as Deputy Assistant Secretary for Enforcement at the United Staes Department of Education, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

Notice is hereby given that the undersigned Amanda J. Miiller will be substituting for Charles D. McGuigan, as counsel of record for the State of South Dakota in this matter. Amanda J. Miiller is a member of the Eastern District of Missouri and serves within the same governmental agency as current counsel of record Charles D. McGuigan.

Dated this 30th day of January, 2025.

>Marty Jackley
>Attorney General
>
>*/s/ Amanda J. Miiller*
>Amanda J. Miiller - #4271 (SD)
>Assistant Attorney General
>Office of Attorney General
>1302 E. Highway 14, Suite 1
>Pierre, SD 57501
>(605) 773-3215
>amanda.miiller@state.sd.us
>Counsel for State of South Dakota

**CERTIFICATE OF SERVICE**

I certify that on January 30, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF sysem, which shall send notification of such filing to any CM/ECF participants.

>*/s/ Amanda J. Miiller*
>Amanda J. Miiller
>Assistant Attorney General