# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2921

State of Arkansas, et al.

Appellees

v.

United States Department of Education, et al.

Appellants

------------------------------

State of California, et al.

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-00636-RWS)
_____

**ORDER**

The unopposed motion to hold this appeal in abeyance to allow the new administration to review the issues in this appeal is granted in part. Appellants are to provide a status report with developments in this appeal in 60 days. Status report due on 04/21/2025.

February 20, 2025

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
  /s/ Maureen W. Gornik