UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| THE STATE OF ARKANSAS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:24 CV 636 RWS |
| | ) | |
| UNITED STATES DEPT. OF EDUC., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER OF STAY

For good cause shown in the status report (ECF 79) and at the joint request

of the parties,

**IT IS HEREBY ORDERED** that **the stay of this case is continued**

**pending further Order of this Court.**

**IT IS FURTHER ORDERED** that the parties shall file a joint status report

within 30 days of the resolution of the *Tennessee* and *Carroll ISD* cases (*see* ECF

79).

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 15th day of April, 2025.