# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## ST. LOUIS DIVISION

|  |  |
|---|---|
| STATE OF ARKANSAS, et al., | |
| *Plaintiffs,* | |
| v. | Case No. 4:24-CV-636-RWS |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| *Defendants.* | |

## JOINT STATUS REPORT

The parties jointly file this status report as instructed by the Court on March 26, 2026. Dkt. No. 85. This case is stayed pending resolution of two related cases in other courts. *See* Dkt. No. 80. The parties agree that it should remain stayed until resolution of the still-pending appeals in *Tennessee, et al. v. McMahon*, No. 25-5205 & 25-5206 (6th Cir.) and *Carroll Independent School District v. U.S. Department of Education*, No. 25-10651 (5th Cir.).

As described in the parties' April 11, 2025, Joint Status Report, Dkt. No. 79, the Department of Education regulation at issue in this case was vacated in two other cases, *Tennessee* and *Carroll ISD*. Joint Status Report ¶¶ 5, 10. The Department did not appeal. Joint Status Report ¶¶ 6, 10. Two advocacy organizations, however, sought to intervene for purposes of appealing the vacaturs in part. *See* Joint Status Report ¶¶ 7–10.

The Court had initially stayed this case in October 2024 while the Department's appeal from the preliminary injunction was pending. Dkt. No. 69. In April 2025, the parties asked that the Court continue the stay "[b]ecause the *Tennessee* and *Carroll ISD* cases are not fully resolved," and "there is still a possibility that the district courts' vacatur orders will be at least partially reversed." Joint Status Report ¶¶ 11–12. That remains true today because the proposed intervenors' appeals have not been resolved.

Since the parties' April 2025 status report, both district courts have denied the motions to intervene as defendants for purposes of appeal. *See Tennessee v. McMahon*, No. 2:24-cv-00072-SCM-CJS (E.D. Ky. Feb. 25, 2026), Dkt. No. 234; *Carroll ISD v. Dep't of Educ.*, No. 4:24-cv-00461-O (N.D. Tex. May 15, 2025), Dkt. No. 154. The proposed intervenor-defendants noticed appeals in both cases, and these appeals remain pending. *See Tennessee*, No. 25-5205 & 25-5206 (6th Cir.) and *Carroll ISD*, No. 25-10651 (5th Cir.).

As a result, the parties agree that the stay should be continued pending further order of the Court. The parties will file a joint status report within 30 days of the resolution of the *Tennessee* and *Carroll ISD* cases.

2

Respectfully submitted this 10th day of April, 2026.

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DIANE KELLEHER
Branch Director

*/s/ Pardis Gheibi*
Pardis Gheibi
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Washington, DC 20005
Phone: 202-305-3246
pardis.gheibi@usdoj.gov

*Counsel for Defendants*

*/s/ Natalie D. Thompson*
Natalie D. Thompson*
TX Bar No. 24088529
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
(202) 347-3622 Fax
nthompson@ADFlegal.org

Jonathan A. Scruggs*
Arizona Bar No. 030505
Henry W. Frampton, IV*
South Carolina Bar No. 75314 SC
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

TIM GRIFFIN
Arkansas Attorney General

*/s/ Noah Watson*
Noah Watson
  Deputy Solicitor General
Office of the Arkansas Attorney General
101 West Capitol Avenue
Little Rock, Arkansas 72201
Tel.: (501) 682-1019
Fax: (501) 682-2591
Noah.Watson@arkansas.gov

*Counsel for Plaintiff State of Arkansas*

ANDREW BAILEY
Missouri Attorney General

*/s/ Louis J. Capozzi III*
Louis J. Capozzi III
  Solicitor General
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel. (573) 751-1800
Fax. (573) 751-0774
Louis.Capozzi@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

3

Rachel A. Rouleau*
Virginia Bar No. 97783
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-2119
(571) 707-4790 Fax
rrouleau@ADFlegal.org

Brad L. Blake
Missouri Bar No. 38340
FELLOWS & BLAKE, L.C.
13421 Manchester Road, Suite 105
St. Louis, MO 63131
(314) 725-1600
(314) 725-1609 Fax
bblake@fellowsblakelaw.com

*Counsel for Plaintiff A.F.*
*\*Admitted pro hac vice*

MARTY J. JACKLEY
South Dakota Attorney General

*/s/Amanda Miller*
Amanda Miller
  Deputy Attorney General
Office of the South Dakota
  Attorney General
1302 E. Hwy. 14, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Facsimile: (605) 773-4106
Amanda.Miller@state.sd.us

*Counsel for Plaintiff*
*State of South Dakota*

BRENNA BIRD
Iowa Attorney General

*/s/ Eric H. Wessan*
Eric H. Wessan
  Solicitor General
Office of the Iowa Attorney General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
eric.wessan@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

MICHAEL T. HILGERS
Nebraska Attorney General

*/s/ Lincoln Korell*
Lincoln J. Korell
  Assistant Solicitor General
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
lincoln.korell@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

DREW H. WRIGLEY
North Dakota Attorney General

/s/ *Philip J. Axt*
Philip J. Axt
  Solicitor General
Office of the North Dakota
  Attorney General
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Telephone: (701) 328-2210
Email: pjaxt@nd.gov

*Counsel for Plaintiff*
*State of North Dakota*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of April, 2026, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record who are registered users of the ECF system.

<u>*/s/ Natalie D. Thompson*</u>
Natalie D. Thompson*
TX Bar No. 24088529
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
(202) 347-3622 Fax
nthompson@ADFlegal.org

*Attorney for Plaintiff A.F.*
* Admitted *Pro Hac Vice*